IN THE ATHENS GEORGIA DISTRICT COURT FOR THE UNITED STATES OF AMERICA
COMMON-LAW JURISDICTION

Jamil Kaza Bink-El Bey Sui Juris

V                                                                    CASE #

UNITED STATES CORPORATION
UNITED STATES GOVERNMENT
MACON DISTRICT COURT CORPORATION
MARC THOMAS TREADWELL CORPORATION FEDERAL JUDGE
A. STAPLETON CORPORATION MACON CLERK
    IN THIER OFFICAL & INDIVIDUAL CAPASITIES

Comes now this Presenter & files this action under the authority of the Constitution for the United States of America (REPUBLIC) Common-Law Jurisdiction

All oaths of office are in the full light of this Common-Judicial Court & in full honor by all court officers, clerks, attorneys, judges.

Legal Disclaimer - All terms used in this action are used in thier everyday common usage meaning & not in anyway used to mean the legal language of the United States Corporation Legal System witch is copywrite protected material owned by the English Crown Bar - Its United States agent the Bar Association

This Presenter, a flesh & blood man, rejects any assumption that I am a 14th Amendment citizen or statutory/artaficial person subject to the private policy/contract law of all United States Corporation "courts" & under Federal & State statue jurisdiction that regulate corporate/artificial entities. I reject any assumption I have waived all my rights.

This Complaint is made in direct connection of Writ of Habeas Corpus petition in June 2011 Lowery V. Perry Case # 5:11 CV 219 where Macon "Court" officers Treadwell & Stapleton did blatantly & intentionaly violate my rights & due-process assuming I am a 14th Amendment citizen/statutory person thereby purpously ignoring all facts & evidence in my favor that Walton County & "Judge Ozburn" did violate my right to due-process in the December 2007 plea hearing where the grounds I stated did prove that the Walton County Georgia conviction in Case # 07 CR 07463 was & is unlawfull & illegal under this courts normal private policy jurisdiction (* see 5:11 CV 219 Docket # 1 Exhibits # 1, 2 & 3, also 3:07 CV 114 Docket # 84-1 Pg 1-6)

But I only need to list a few of the then purposely ignored grounds in this action to prove the conviction was & is unlawfull under the Constitution for the United States of America (Republic) & common law the only jurisdiction I am subject to. 1st the factual proffer, witch never happened & was only added later after I forced Walton to provide me a copy of written transcript, states A) "The victom allowed the defendant to stay with him..." "Victom came home & reported items missing from his home. The defendant had moved out." A necessary element to prove the alledged crime of burglary is an unlawfull entry to a dwelling house or building the "factual proffer of D.A. Mis Ingram states I had permission to enter & remain inside 2295 Hawthorne Trace Loganville GA". B) The "factual proffer states that the alledged burglary occured on May 29th 2007", But the Walton County Sheriff's Incident Report states the alledged burglary was reported to happen on May 1st 2007 (See 3:07 CV 114 Docket # 84-1 pages 1 & 5 exhibits A-6 & F-2)(see 5:11 CV 219 docket # 1 exhibits # 1 2&3) (also see 3:12 CV 9 Docket # 1 exhibits # 1 & Docket # 4, 5, 9, 14, 16, 17, 19)

C.) The Grand Jory Bill of Indictment is not a factual accounting that a burglary did occur at the time, place & date of the known evidence - the indictment state that: "Accuse Anthony Lowery with the offence of burglary for that the said accused on May 29th 2007 .... did then & there unlawfully & without authority .... Ricky Howard, located at 2295 Hawthorne Trace ...." The "facts of the Grand Jory indictment do not match the Walton Incident Report as follows: the Incident Report states the date of May 1st 2007 but the Grand Jory Indictment states the date of May 29th 2007 the same day I was arrested after being question weeks before by Walton Police in connection to the alledged burglary. (See 3:07 CV 114 Docket # 84-1 exhibits A-1 & F-2)

Mr Treadwell purposely dismissed Magistrate Judge Weigle to abuse his office as the only means to dismiss this petition. ~~Mr Treadwell~~ after violating my right to due-process then made sure I could not seek redress from the Court of Appeals 11th Circuit by again abusing his athority denying a certificate of appealability. This presenter then tried to demand redress & due-process by refiling said petition after the jurisdiction problem of Houston County & Macon US Court where not a issue. ~~~~ Filed same petition case # 3:12 CV 9 where I did inform judge
1/12/12

Land of Macon US Court & Judge Treadwell's abuse of athority, Judge Land responded by ignoring all facts in evidence in my favor & dismissing as untimely. In the 3:12 cv 9 case Mr Land did not assign a magistrate judge as is the normal due-process of US District Courts. This being the documented evidence & the circumstances of the refilled petition, Judges Land & Treadwell did conspirer to deny this petitioner due-process (see 3:12 cv 9 docket # 4, 9 & 16)

This petition - writ of habeas corpus was also timely filed in Houston County Superior Court in 2011 where said court judge waited 1 week before my release to attempt to bring me to court, then rescheduled court date I was never informed of. The pattern of court corruption is so blatant & obvious a blind man can see (Dont have that case # at persent)

Mis Stapleton's duty for the Macon "Court" is obviously to make sure in all inmate filed actions that said inmates are kept blind to the events of any action said inmate has filed in Macon US "Court" Mis Stapleton after the usual documents all partys must recieve when an action is filed. Mis Stapleton refused to send me any documents directly related to my petition - Example - on 6-24-11 I amended my petition & asked "clerk" Stapleton to send me an updated copy of the court docket for my case # 5:11 cv 219. Mis Stapleton refused to send me said updated docket report stating on said report request date (quote "Letter from petitioner regarding request from petitioner for copy of docket sheet & request for 1983 form - mailed petitioner a copy of docket sheet on 6-16-11" Mis Stapleton states this as to say - all the petitioner will ever need is 1 copy of the case docket sheet to follow new entries. The docket sheet is self-updating & will update when any party files new document in this petition - these are the "moral" minded public servants of high morality witch have legal athority over United States citizens.
(see 5:11 cv 219 docket # 5, 6, 9, 11, 14, 15, 18, 19, 20, 22 & 24)

BECAUSE ALLEGEDLY THEY ARE OFFICERS OF THE COURT THEY ARE BOUND BY OATH-OF-OFFICE TO UPHOLD THE CONSTITUTION & JUSTICE WICH THEY DO NOT & HAVE NOT. THERE IS NO QUESTION WALTON COUNTY VIOLATED DUE-PROCESS & THAT FEDERAL JUDGES AWARE OF THE STATE COURTS BLATANT DISREGARD FOR DEFENDANT RIGHTS & SO "PROTECT" THESE UNLAWFUL & ILLEGAL CONVICTIONS BY JUST COMMITTING HUMAN RIGHTS CRIMES AGANST PETITIONERS BECAUSE THEY, FEDERAL "JUDGES," ARE THE LAST CHANCE ANY PETITIONER HAS AT REDRESS FOR A HABEAS GRIEVANCE AS THE CRIMINAL FEDERAL "JUDGE" WHO HAS JUST PURPOSLY COMMITTED A CRIME IS ALSO GRANTED THE POWER TO DENY THE VICTOM-PETITIONER THE RIGHT TO APPEAL TO ANY HIGHER "COURT" ATHORITY THEREBY CONSEALING ALL EVIDENCE OF SAID FEDERAL "JUDGES" CRIMES BY SIMPLY DENING A CERIFICATE OF APPEALABILITY. THE PREFECT SYSTEM FOR CRIMINALS TO OPERATE UNTIL THIER OLD & GRAY & ILEGALLY TITLED "FEDERAL JUDGE" MIS-REPRESENTED AS JUSTICE! THESE FEDERAL "CRIMINALS" HAVE & DO COMMIT A FORM OF TREASON UNDER THE REAL ORIGINAL CONSTITUTION FOR THE UNITED STATES OF AMERICA (REPUBIC) THE ORIGINAL 1ST 13TH AMENDMENT IS STILL IN EFFECT & BLOCKS TITLES-OF-NOBILITY & ATTORNEYS FROM HOLDING PUBLIC OFFICE! ALL JUDGES ARE ATTORNEYS & FORIEGN TO THE REPUBIC

## RELIEF

1) NO SENSE IN ASKING FOR REFORM SO FROM 6-2-11 UNTIL 12-7-12 THE TIME BOTH FEDERAL CRIMINALS "JUDGES" COMMITTED FRAUD AGAINST ME BY CHANGING MY IDENTY TO THEN ARREST MY RIGHTS TO KEEP ME A SLAVE MR TREADWELL & MR LAND SHOULD BOTH COMPENSATE ME IN THIER PERSONAL CAPASITY THE SUM OF $1 MILLION EACH & A. STAPELTON IN HER PRIVATE CAPASITY, AS SHE SAW MY LIBERTY/FREEDOM AS WORTH LESS THAN A 1 SHEET-OF-PAPER-DOCKET SHEET SHOULD COMPENSATE ME THE SUM OF $150,000. & BECAUSE TREADWELL & LAND GAVE WALTON COUNTY ATHORITY TO IGNORE MY 2012 RESTERVATION OF RIGHTS THEY IN OFFICAL CAPASITY- SUM OF MY FEE $24 MILLION PER DAY EACH UNITED STATES GOV. & MACON DISTRICT COURT CORP. - SUM OF $24 MILLION PER DAY OF FALSE IMPRISONMENT FROM 6-3-14

* NOTE LAND IS NOT A DEFENDANT IN THIS ACTION *     X Jamil kaza Blak El Bey 10-1-14

## RELIEF CONTINUED

SENSE IT IS OBVIOUS THAT Mr TREADWELL & LAND DID CONSPIRE, AS SOME UNWRITTEN & UNSPOKEN "PACT" ALL GEORGIA FEDERAL "JUDGES" HAVE TO "PROTECT" STATE COURT UNLAWFULL & ILLEGAL CONVICTIONS, THAT IN HABEAS PETITIONS 5:11 CV 219 & 3:12 CV 9 WERE NOT AJUDICATED BY OFFICERS OF A COURT & UNDER OATH OF JUSTICE & PROTECTION OF DUE-PROCESS. SENSE THESE WERE NOT "RULINGS" IN A CONSTITUTIONAL COURT OF LAW, BUT ONLY ADMINISTRATORS OF THE UNITED STATES DISTRICT COURT CORPORATION IN AN ADMINISTRATIVE PROCEEDING MANAGING THE 1933 BANKRUPTCY. THESE 2 PETITION DECISIONS SHOULD BE OVERTURNED AS THEY WERE NOT EACH DECIDED INDEPENDENT OF EACH PETITION - PETITION 5:11 CV 219 WAS 1ST FILED THE ATHENS COURT & THEN TRANSFERRED TO THE MACON COURT BY "JUDGE" LAND MEANING MR LAND WAS WELL AWARE OF THE FACT THAT ONCE Mr TREADWELL DISMISSED PETITION WITHOUT ANY DUE-PROCESS OR REVIEW OF EVIDENCE THE STATUE OF LIMITATIONS WOULD EXSPIRE - I SHOULD BE PERMITTED EXSTINTION ON 4 YRS LIMITATION

IN THE ATHENS DISTRICT COURT FOR THE UNITED STATES OF AMERICA
COMMON-LAW JURISDICTION

~~UNITED STATES AMERICA~~
Jamil Kazabink El Bey Sui Juris          CASE #
V
UNITED STATES CORPORATION et al...

## AFFIDAVIT OF FACT & OBJECTION OF PRIVATE POLICY U.S. COURT JURISDICTION & DENIAL OF RESERVATION OF RIGHTS

Comes Now this Presenter & objects to the case filing process the Clerks office is forced to use:

IT IS PLAINLY STATED IN MY DOCUMENTS THAT THIS IS A COMMON-LAW FILING UNDER THE CONSTITUTION FOR THE UNITED STATES OF AMERICA; EVEN THE ENVELOPE IS ADDRESSED TO THE COMMON-LAW JUDICIAL COURT. YET THE CLERK, THROUGH NO FAULT OF HER OWN, IS FORCED TO PROCESS THIS FILING UNDER THE CONTRACT LAW / PRIVATE POLICY JURISDICTION THIS "COURT" NORMALY FUNCTIONS! IN FACT THE JUDGE, WHO IS NOT FUNCTIONING AS A JUDGE, RATHER A ADMINISTRATOR OF THE CORPORATION UNITED STATES DISTRICT COURT, CAN IGNORE ANY CITATION TO AUTHORITY THIS PRESENTER STATES IN FILINGS BECAUSE THIS IS ~~[scribbled out]~~ PRIVATE POLICY & THIS PRESENTER DOES NOT OWN A LICENSE TO USE COPYWRITE PROTECTED MATERIAL OWNED BY THE ENGLISH CROWN BAR ALSO KNOWN AS THE BAR ASSOCIATION. UNDER THIS JURISDICTION IT IS A VIOLATION OF MY RIGHTS THAT THE "JUDGE" CAN REDEFINE CASE "LAW" MEANING, TERM DEFINITION ect... BECAUSE HE OWNS THE WRITTEN LANGAUGE USED BY THE ENTIRE UNITED STATES CORPORATION "JUDICIAL" SENSE AROUND 1938 & THE ERIE RAILROAD V THOMPSON CASE

UNDER THIS JURISDICTION - PRIVATE\PUBLIC POLICY\ CONTRACT LAW DO TO THE 1933 BANKRUPTCY & THE ESTABLISHMENT OF THE PUBLIC TRUST FUND BY THE UNITED STATE CORPORATION & THE INTERNATIONAL BANKERS LOAN IT IS ALSO ASSUMED THAT I WAIVED ALL MY RIGHTS & THAT I AM A WARD-OF -THE STATE \ 14th AMENDMENT CITIZEN \ STATUTORY/ ARTIFICAL PERSON. "IF ANY QUESTION OF FACT OR LIABILITY BE CONCLUSIVELY PRESUMED AGAINST HIM, THIS IS NOT DUE PROCESS OF LAW: Zeigler V Railroad Co. 58 Ala. 599."

I, ALSO OBJECT TO THE ATHENS & ATLANTA DIVISIONS DISTRICT "COURTS" PREVIOUSLY DENYING ME MY RIGHT TO DECLAIR "I RESERVE MY RIGHTS UCC 1-308 FOR PUBLIC RECORD!" THIS "COURT" DID RECIEVE BY CERTIFIED MAIL SENT TO CHIEF JUDGE OFFICE, MY AFFIDAVIT OF RESERVATION OF RIGHTS UCC 1-308, IN OCTOBER 2012. (SEE EXHIBIT A)

I SPOKE WITH THE CHIEF "JUDGE" SECRETARY. HER SECRETARY INFORMED ME THAT MY DOCUMENTS WERE RECIEVED & FORWARDED TO THE CLERKS OFFICE TO BE ADDED TO CASE # 307 CV 114 AS EXHIBITS- I ASSUMED THIS WAS TRUE. BUT I NOW FIND THAT THIS DID NOT OCCUR AS INFORMED & BELIEVE IT NOT TO BE IN ANY WAY DO TO MISMANAGEMENT BY THE CLERKS OFFICE, BUT A DELIBERATE ACT OF "JUDGES" TO DENY MY RIGHT TO RESERVE RIGHTS BECAUSE THE "COURTS" OPERATE UNDER THE SECRET ASSUMPTION THAT AMERICANS HAVE WAIVED ALL RIGHTS. AS THE SAME DISAPERANCE OF MY AFFIDAVIT OCCURED AT THE ATLANTA DIVISION.

I AM A DECENDANT OF MOROCCANS & BORN IN AMERICA MEANING I AM ABORIGINAL INDIGENOUS MOORISH-AMERICAN WHO DID SETTLE THIS LAND-AMERICA BEFORE THE ENGLISH PILGRIMS & DID ESTABLISH A TREATY WITH SAID EUROPEANS - TREATY OF PEACE & FRIENDSHIP OF 1787 & RENEWED 1836. SAID TREATY WAS ESTABLISHED TO PROTECT ALL MY RIGHTS AS INDIGENOUS TO THE LAND CALLED AMERICA. THIS BEING A FACT I AM ONLY SUBJECT TO THE AMERICAN CONSTITUTION / COMMON-LAW & INTERNATIONAL COMMON-LAW

I ALSO DID TIMELY, LAWFULLY & CORRECTLY DECLAIR, BY WRITTEN RECORD & ON PUBLIC RECORD IN LATE 2012, "I RESERVE MY RIGHTS" BY FILING A PUBLIC COMMUNICATION TO ALL & NOTICE TO PRINCIPLES & AGENTS, MY AFFIDAVIT OF RESERVATION OF RIGHTS UCC 1-308 ON PUBLIC RECORD FULTON GA. COURT CLERK RECORDS FILE # 2012-0296991 MAKING THIS IMPRISONMENT UNLAWFULL - WALTON & BARROW Co.

I, Anthony Lowrey Sui Juris, Do SWEAR UNDER OATH THAT THE ABOVE IS TRUE & CORRECT UNDER PENALTY OF PERJURY.

X Jamil kaza Blak El Bey 10-14
USE OF NOTARY DOES NOT BOUND ME YOUR JURISDICTION